## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PATRICIA BURKEL,

       Plaintiff,

v.                                Case No.   3:21-cv-888-MMH-JBT

UNION COUNTY BOARD OF
COUNTY COMMISSIONERS,

       Defendant.

_____

### ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 22; Report) entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on October 25, 2022. In the Report, Judge Toomey recommends that the Joint Motion to Approve FLSA Settlement Agreement and Release and for Dismissal With Prejudice (Dkt. No. 21; Motion) be granted, the parties' FLSA Settlement Agreement and Release (Dkt. No. 21-1; Agreement) be approved, and this case be dismissed with prejudice. See Report at 1, 7. Neither party has filed objections to the Report, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Pursuant to Rule 72, Federal Rules of Civil Procedure (Rule(s)), the Court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to." <u>See</u> Rule 72(b)(3); <u>see</u> <u>also</u> 28 U.S.C. § 636(b)(1). However, a party waives the right to challenge on appeal any unobjected-to factual and legal conclusions. <u>See</u> 11th Cir. R. 3-1.[1] As such, the Court reviews those portions of the Magistrate Judge's findings to which no objection was filed for plain error and only if necessary, in the interests of justice. <u>See</u> <u>id.</u>; <u>see also</u> <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge's] factual or legal conclusions, under a <u>de novo</u> or any other standard, when neither party objects to those findings."); <u>Dupree v. Warden</u>, 715 F.3d 1295, 1304-05 (11th Cir. 2013) (recommending the adoption of what would become 11th Circuit Rule 3-1 so that district courts do not have "to spend significant amounts of time and resources reviewing every issue—whether objected to or not.").

---

[1] The Magistrate Judge properly informed the parties of the time period for objecting and the consequences of failing to do so. <u>See</u> Report at 8.

Upon review of the record, including the Report, Motion, and Agreement, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's claims. Accordingly, the Court will accept and adopt the Report.

In light of the foregoing, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 22) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion to Approve FLSA Settlement Agreement and Release and for Dismissal With Prejudice (Dkt. No. 21) is **GRANTED**.

3. The FLSA Settlement Agreement and Release (Dkt. No. 21-1) is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk of Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of November, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record